[Civ. No. 2289. First Appellate District.—October 22, 1917.]

THANNHAUSER & CO., Petitioner, v. SUPERIOR COURT OF CITY AND COUNTY OF SAN FRANCISCO, Respondent.

COSTS — UNDERTAKING IN ACTION AGAINST NONRESIDENT — POWER OF COURT TO EXTEND TIME.—Writ of prohibition dismissed upon authority of *Hertz* v. *Superior Court of City and County of San Francisco, ante,* p. 83.

APPLICATION for a Writ of Prohibition originally made to the District Court of Appeal for the First Appellate District.

The same question is involved in this application as in *Hertz* v. *Superior Court of the City and County of San Francisco, ante,* p. 83.

Chickering & Gregory, for Petitioner.

Lent & Humphrey, Joseph H. Mayer, and George D. Perry, for Respondent.

THE COURT.—It is conceded that the same question is involved in this application as in *Hertz* v. *Superior Court,* No. 2283, *ante,* p. 83, decided by this court on October 22, 1917, wherein a writ of mandate was denied. Upon the authority of that case the writ in the present case is dismissed.